Case:                          Doc#1                                    Pag. 1 of 7

Ariel Sandoval Castro.
Santa Catalina #13-A
Colonia San Miguel
Nogales Sonora Mexico C.P. 84063

Mailing address:
1110 E. Pennsylvania Suite #406
Tucson Arizona 85714-1666



THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE _LRCiv P 5.4_
                        (Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ariel Sandoval Castro

        Plaintiff

v.

Pinal County Sheriff's Office; Mark Lamb
Pima County Jail...et, al.

        Defendants

**Case:  CV-18-04668-PHX-SPL--BSB**

**COMPLAINT PURSUANT:**

**28 U.S.C 1367, 28 U.S.C 1332**

[APPLICANT]

I.    **INTRODUCTION**

The Plaintiff Ariel Castro Sandoval (pro-se) in this matter comes now and file this Complaint before this Court, praying for acceptance, expedite screening, and jury trial.

On November 06th of 2013 the Plaintiff suffered a car accident, after this car accident the Plaintiff has a serious medical hart condition and he is on treatment and medicated.

Because of this incident he plead guilty before the Superior Court of Pima County for (2) two counts of Aggravated Assault charges. He was sentenced to complete 3 years on Probation and 180 days in County Jail.

During detention he was Denied of receiving medication causing irreversible consequences.

The Plaintiff Claim in this Complaint His Constitutional Rights Violated and his claims are based in the 8th Amendment and 14th Amendment of the Constitution of the United States of America.

The 8th Amendment and the 14TH Amendment are proper because the Plaintiff was under the State custody.

## II.    <u>JURISDICTION</u>

This Court has Jurisdiction over this Action pursuant to:

**28 U.S.C & 1367 Plaintiffs pendent State Law Claims.**

  **See. United Mine Workers v. Gibbs 383 U.S. 715, 725 (1968) and also;**

This Court has Diversity Jurisdiction pursuant to:

**28 U.S.C & 1332. Because Plaintiff is a National and Citizen of Mexico, the Damages suffered by, and that will be suffered exceed the $ 75,000 USDLS.**

The violations Occurred at the Pinal County Jail with known address as follows:

Pinal County Jail.
P.O. Box 867
Florence Arizona 85132.

## III.    <u>PARTIES</u>

**The Plaintiff:**

            ARIEL SANDOVAL CASTRO

**Date of Birth:**        09/02/1971.

**Country of Birth:**    Mexico

**Citizenship:**        Mexico

**Address in the U.S:**

**SAFE MAILING ADDRESS:**

>       1110 E. Pennsylvania Suite # 406
>       Tucson Arizona 85714-1666

**The Defendants:**

1.       PINAL COUNTY SHERIFFS OFFICE;

   **Mark Lamb; acting as the Sheriff.**

2.       PINAL COUNTY JAIL

   **As a Publicly held Municipal Entity.**

3.       PINAL COUNTY JAIL MEDICAL CARE DERPARTMENT.

   **Unknown Person in charge.**

## IV.   LAWSUIT.

Pinal County Sheriffs Office Mark Lamb sue in his official capacity, declaratory relief, and in his individual capacity for Damages as the Plaintiffs direct person under his supervision.

Pinal County Jail: publicly held Municipal Entity.

Pinal County Jail Medical Care Department sue for declaratory relief and individual capacity for Damages.

The Plaintiff do not have any previous Lawsuits before this Court.

## V.  <u>CAUSE OF ACTION</u>

### <u>COUNT # 1:</u>

**14TH AMENDMENT VIOLATION**
**NOR SHALL ANY STATE DPRIVE ANY PERSON OF LIFE, LIBERTY, PROPERTY**
**WITHOUT DUE PROCESS OF LAW/ EQUAL PROTECTION OF THE STATE LAWS.**

Medical care- Deliberate indifference to a serious Medical need, the plaintiff during detention was denied having access to medical treatment and medications he does not have a due process, because of this medical Negligence the Plaintiff is suffering every day.

The Plaintiff access to medical during detention is a basic responsibility that the Defendant must provide because he has custody over the Plaintiffs freedom.

The Plaintiff informed with anticipation to the medical department that he was on treatment and having medication, the defendants decided not to provide the Plaintiff with his basic right of been seen by a doctor and not be provided with medication.

Punitive damages are guaranteed.

### <u>COUNT #2:</u>

**8TH AMENDMENT AND 14TH AMENDMENT VIOLATION**
**DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED.**
**UNCONSTITUTIONAL POLICY OR CUSTOM**
**DIRECTED TO PINAL COUNTY JAIL MEDICAL CARE DEPARTMENT**

By Implementing a blanquet policy for Financial gain limiting the availability of certain medications and whole classes of medication regardless of the detainee medical need the Defendants demonstrate deliberate indifference to a serios medical need in violation of the Plaintiffs Constitutional Rights.

## COUNT # 3:

**14th AMENDMENT VIOLATION**
**NEGLIGENCE/GROSS NEGLIGENCE.**
**DIRECTED TO DEFENDANT MARK LAMB.**

As the Plaintiffs Custodian, allowing Pinal County Jail to restrict medical urgent care in this manner to detainees under his supervision can also deliberately indifferent to plaintiffs' serious medical needs as guaranteed under the equal Protection Clause of the 14TH Amendment of the Constitution.

## COUNT # 4:

**14TH AMENDMENT VIOLATION.**
**GROSS NEGLIGENCE**
**UNDER STATE LAWS**

The Plaintiff can claim Damages under the State Law under the Jurisdiction that this Court has over this matter pendent State Law Claims under;

**28 U.S.C & 1367.**

**See. United Mine Workers v. Gibbs 383 US 715,725 (1968)**

Diversity Jurisdiction under:

**28 U.S.C. & 1332.**

The Plaintiff damages exceed 75,000 USDLS.

Case:                              Doc#1                              Pag.7 of 7

**COUNT # 5:**

## 8TH AMENDMENT VIOLATION
## CRUEL AND UNUSUAL PUNISHMENT.

The Plaintiff was Detained, and he had the need of medication in addition of the detention. The Lack of Medication is a deliberate Negligence for the Defendants.

Damages are warranted.

## VI.     PRAYER FOR RELIEF

1. A Declaration that the plaintiff Rights under the Constitution were violated.
2. Nominal Damages.
3. Compensatory Damages to be determinate at trial at minimum of $ 75,001 against Defendants.
4. Punitive Damages.
5. Reasonable costs and expenses incurred by Plaintiff.
6. Any other relief that this Court may deem just and Proper.

The Plaintiff declare under Penalty of Perjury That This Claim is true and correct.

Respectfully Submitted this 20th day of November of 2018.

Ariel Sandoval Castro.
The Plaintiff (pro-se)

This Complaint is Mailed to the District Court in Tucson Arizona, and No Certificate of Service is required at the moment.